# Supreme Court of Florida

THURSDAY, FEBRUARY 8, 2024

In Re: Amendment to Florida
Rule of Civil Procedure 1.280

**SC2021-0929**

---

The Attorney General's motion for rehearing is hereby denied.

MUÑIZ, C.J., and CANADY, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.
LABARGA, J., specially concurs with an opinion.

LABARGA, J., specially concurring.

Because the existing Florida Rules of Civil Procedure were sufficient to address abusive discovery tactics, I dissented to the adoption of new rule 1.280(h), which extended the apex doctrine to the private sector. *In re Amend. to Fla. Rule of Civ. Proc. 1.280*, 324 So. 3d 459, 464-67 (Fla. 2021) (Labarga, J., dissenting).

While I adhere to my dissent in that case as well as my dissent to this Court's order allowing the new rule to remain as originally adopted, I agree that the standard for rehearing has not been met in this matter. Thus, I concur in the denial of rehearing.

A True Copy
Test:

SC2021-0929  02/08/2024

John A. Tomasino
Clerk, Supreme Court

SC2021-0929  02/08/2024



SO

Served:
JOSHUA E. DOYLE
HEATHER S. TELFER
JENNIFER MARIE VOSS
CHRISTOPHER J. BAUM
JUDSON LEE COHEN
WILLIAM W. LARGE
HON. ASHLEY MOODY
FRANK CRUZ-ALVAREZ
ROBERT L. CHRISTIE
HENRY C. WHITAKER
KANSAS R. GOODEN
DANIEL B. ROGERS
DANIEL W. BELL
CHRISTOPHER G. BURNS
JOHN W. HOGAN